UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ROSARIO VEGA, *on behalf of herself, individually, and* :
*on behalf of all others similarly situated*, :
:
                                Plaintiff, :     24 Civ. 2911 (JPC)
:
          -v- :     <u>ORDER</u>
:
REGENT HOSPITALITY LINEN SERVICES, LLC, :
:
                                Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On April 25, 2024, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 7.  Defendant's deadline to respond to the Complaint was therefore May 16, 2024.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant.  Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until May 27, 2024.  If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by June 3, 2024.

      SO ORDERED.

Dated: May 20, 2024
       New York, New York
                                                                   JOHN P. CRONAN
                                                              United States District Judge