UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
ROSARIO VEGA, on behalf of herself, individually, and on behalf of all others similarly-situated,

    Case No.: 24-cv-2911(JPC)

                    Plaintiffs,

-against-

**MOTION FOR**
**<u>DEFAULT JUDGEMENT</u>**

REGENT HOSPITALITY LINEN SERVICES, LLC,

                    Defendants.
----------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE,** that upon the Declaration of Diego O. Barros, Esq., dated June 20, 2024, together with supporting Exhibits A though E annexed thereto, and upon all prior pleadings and proceedings heretofore had herein, the undersigned, on behalf of Plaintiff Rosario Vega, moves this Court before the Honorable John P. Cronan, United States District Judge at the United Stated District Court, for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for Entry of a Default Judgment In a Sum Certain against Defendant Regent Hospitality Linen Services, LLC and for such other or further relief as the Court deems just, proper and equitable.

Dated: New York, New York
       June 20, 2024

                                         **JOSEPH & NORINSBERG, LLC**

                                         _____
                                         Diego O. Barros, Esq.
                                         *Attorney for Plaintiff*
                                         110 East 59th Street, Suite 2300
                                         New York, New York 10022
                                         Telephone No.: (212) 227-5700