UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ROSARIO VEGA, *on behalf of herself, individually, and*                :
*on behalf of all others similarly situated*,                          :
                                                                       :
                        Plaintiff,    :       24 Civ. 2911 (JPC)
                                                                       :
        -v-                                                          :       ORDER
                                                                       :
REGENT HOSPITALITY LINEN SERVICES, LLC,                                :
                                                                       :
                        Defendant.    :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       By March 7, 2025, Plaintiff shall file a letter advising the Court as to her views concerning defense counsel's motion to withdraw as attorney for Defendant. Dkts. 43, 44. Plaintiff's letter shall address whether she opposes a thirty day stay of the discovery deadlines to afford Defendant an opportunity to retain substitute counsel.

       SO ORDERED.

Dated: March 4, 2025
      New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge