UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                                                    :

ROSARIO VEGA, *on behalf of herself and all others similarly situated*,

                                        Plaintiff,

                      -v-                                  24 Civ. 2911 (JPC)

                                                                        ORDER

REGENT HOSPITALITY LINEN SERVICES, LLC,

                                      Defendant.

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On September 15, 2025, the Court granted Defendant's motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) and motion to dismiss pursuant to Rule 12(b)(1) and 28 U.S.C. § 1367, and dismissed the Complaint without prejudice. Dkt. 55 at 20. In reaching this holding, the Court dismissed Plaintiff's federal claims under Title VII of the Civil Rights Act of 1964 in the First and Third Causes of Action for failure to state a claim, *id.* at 11-19, declined to exercise supplemental jurisdiction over her claims under the New York State Human Rights Law in the Second and Fourth Causes of Action, *id.* at 20, and dismissed her claims under the New York Labor Law in the Fifth and Sixth Causes of Action for lack of pendant jurisdiction, *id.* at 8-11. The Court further granted Plaintiff leave to file an amended complaint within fourteen days—that is, by September 29, 2025. *Id.* at 20. The Court stated that "failure to file an amended complaint by that deadline will result in the Court dismissing [Plaintiff's] Title VII claims with prejudice." *Id.* Because Plaintiff has not filed an amended complaint, the Court dismisses the Title VII claims in her First and Third Causes of Action with prejudice.

       The Clerk of the Court is respectfully directed to enter judgment dismissing the First and

Third Causes of Action with prejudice and dismissing the Second, Fourth, Fifth, and Sixth Causes of Action without prejudice, and to close the case.

SO ORDERED.

Dated: October 6, 2025
New York, New York

JOHN P. CRONAN
United States District Judge