**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ROSARIO VEGA, on behalf of herself and all others similarly situated,

                Plaintiff,                        24 **CIVIL** 2911 (JPC)

      -against-                           **JUDGMENT**

REGENT HOSPITALITY LINEN SERVICES, LLC,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated October 6, 2025 and Opinion & Order dated September 15, 2025, Regents motion is granted, and the Complaint is dismissed without prejudice. The Court dismisses the Title VII claims in her First and Third Causes of Action with prejudice and dismissing the Second, Fourth, Fifth, and Sixth Causes of Action without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

      October 8, 2025

                                                            **TAMMI M. HELLWIG**
                                                           _____
                                                                **Clerk of Court**

                              **BY:**          _[signature]_
                                                            _____
                                                                **Deputy Clerk**